# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| IN5A | E2266807 | DEHAAN | 2856 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 11-19-2025 1120
Offense Charged: 1.218(a)(7)3(B)(18)
Place of Offense: 5000 S. 5TH AVENUE HINES IL 60141

Offense Description: Factual Basis for Charge
UNAUTHORIZED INTRODUCTION OF MARIJUANA (GUMMIES), ON VA PROPERTY

### DEFENDANT INFORMATION
Last Name: MARSHALL
First: DWAYNE  M.I.: G
Street Address: 3777 W. 134th STREET

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

### YOUR COURT DATE
Court Address: 219 S. DEARBORNE CHICAGO IL 60604
Date: FEB 9, 2026
Time: 0930 HRS

X Defendant Signature: REFUSED TO SIGN

Original - CVB Copy

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11-19, 20 25 while exercising my duties as a law enforcement officer in the NORTHERN District of ILLINOIS

AFTER TAKING SUBJECT INTO CUSTODY - SUSPECT WAS SEARCHED AND MARIJUANA GUMMIES, MARIJUANA VAPE PEN / CARTRIDGE WERE FOUND AND SUSPECT ADMITTED TO HAVING MARIJUANA

The foregoing statement is based upon:
☑ my personal observation
☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11-19-2025
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/22/2025 13:43